PETER SCHLICKER, appellant,

*v.*

CATHARINE WHYTE, respondent.

[Filed March 4th, 1903.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *47 Atl. Rep. 448.*

PER CURIAM.

Decree affirmed, for the reasons given in the opinion in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES—10.

*For reversal*—GARRETSON, VROOM—2.